# EXHIBIT 1

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, ss. SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

BARBARA KURMANN,
Personal Representative of the Estate of
ANITA KURMANN,
Plaintiff ) C.A. No.

vs.

MATTHEW LEVARI & SONS LLC,
and MATTHEW LEVARI,
Defendants

**COMPLAINT AND JURY CLAIM**

**The Parties**

1. Plaintiff Barbara Kurmann resides at Tangentenweg 30 4058 Basel, Switzerland and is the duly-appointed personal representative of the estate of Anita Kurmann.

2. Defendant Matthew Levari & Sons LLC is a limited liability company, with a principal place of business at 858 Foxmoor Drive, Vineland, New Jersey.

3. Defendant, Matthew Levari, is an individual who resides at 858 Foxmoor Drive, Vineland, New Jersey

**The Facts**

4. On August 7, 2015, plaintiff's decedent, Anita Kurmann, was struck at or near Massachusetts Avenue and Beacon Street, in Boston, Massachusetts by the truck owned by defendant Matthew Levari & Sons LLC, and operated by defendant, Matthew Levari.

5. The cause of the incident as described herein was the carelessness, negligence and/or gross negligence of defendant, Matthew Levari, in the operation of the vehicle.

6. As a result of the incident described above, plaintiff's decedent, Anita Kurmann, suffered serious bodily injuries resulting in her death.

7. As a result of the incident described above, prior to her death and while she was in a conscious condition, plaintiff's decedent Anita Kurmann was caused to suffer severe physical pain and mental anguish, expenses were incurred for her medical care and attention, and she suffered a loss of earning capacity.

8. At all material times, defendant, Matthew Levari, was a servant, agent and/or employee of defendant, Matthew Levari & Sons LLC, which is vicariously liable for his actions.

**Causes of Action**

**(The Causes of Action Specifically Incorporate by Reference All of Those Paragraphs Previously Set Forth)**

**First Cause of Action**

9. This is an action by plaintiff Barbara Kurmann against defendant Matthew Levari for negligence for damages suffered by Anita Kurmann prior to her death, including but not limited to conscious pain and suffering, loss of earning capacity and medical expenses.

**Second Cause of Action**

10. This is an action by plaintiff Barbara Kurmann against Matthew Levari for negligence resulting in the wrongful death of Anita Kurmann for the use and

benefit of the next of kin of said decedent in accordance with the provisions of G.L. c. 229 as applicable at the times material herein.

**Third Cause of Action**

11. This is an action by plaintiff Barbara Kurmann against Matthew Levari for punitive damages in causing the wrongful death of Anita Kurmann by gross negligence in accordance with the provisions of G.L. c. 229 as applicable at the time material herein.

**Fourth Cause of Action**

12. This is an action by plaintiff, Barbara Kurmann, against defendant, Matthew Levari & Sons, LLC for vicarious liability for the negligence of defendant, Matthew Levari, resulting in the death of Anita Kurmann.

**Fifth Cause of Action**

13. This is an action by plaintiff, Barbara Kurmann, against Matthew Levari & Sons, LLC for vicarious liability for the negligence of defendant, Matthew Levari, resulting in the wrongful death of Anita Kurmann for the use and benefit of the next of kin of said decedent in accordance with the provisions of G.L. c. 229 as applicable at the times material herein.

**Sixth Cause of Action**

14. This is an action by plaintiff, Barbara Kurmann, against Matthew Levari & Sons, LLC vicariously for punitive damages arising from Matthew Levari causing the wrongful death of Anita Kurmann by gross negligence in accordance with the provisions of G.L. c. 229 as applicable at the time material herein.

## Demand for Relief

A. Plaintiff, Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, demands judgment against defendants, Matthew Levari and Matthew Levari & Sons LLC, jointly and severally, in the amount of her damages, together with interest and costs, as permitted by law, as to the First, Second, Third, Fourth, Fifth and Sixth Causes of Action.

## Jury Demand

Plaintiff demands a trial by jury.

By Her Attorneys
BREAKSTONE, WHITE & GLUCK, P.C.

RONALD E. GLUCK, ESQ.
BBO # 195960
Two Center Plaza, Suite 530
Boston, MA 02108-1906
617-723-7676
gluck@bwglaw.com

Dated: May 18, 2016