# EXHIBIT 2

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

THE SUPERIOR COURT

No. 16-1635G

Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, Plaintiff(s)

v.

Matthew Levari & Sons, LLC and Matthew Levari, Defendant(s)

## SUMMONS

To the above-named Defendant: Matthew Levari & Sons LLC

You are hereby summoned and required to serve upon Ronald E. Gluck, of Breakstone, White & Gluck plaintiff's attorney, whose address is 2 Center Plaza, Ste 530 Boston, MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire, at Boston, the 27th day of May, in the year of our Lord two thousand sixteen.

Michael Joseph Donovan

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT —(2) MOTOR VEHICLE TORT —(3) CONTRACT —(4) EQUITABLE RELIEF —(5) OTHER

FORM CIV. P. 1 12M – 1/15

Barbara Kurmann; Anita Kurmann, et. al., Plaintiff(s)
vs.
Matthew Levari & Sons, LLC, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 140821-0002

# AFFIDAVIT OF SERVICE – Corporate

BREAKSTONE, WHITE & GLUCK
Ms. Nancy DiCesare
Two Center Plaza, Ste. 530
Boston, MA 02108-1906

Service of Process on:
--Matthew Levari & Sons, LLC
Court Case No. 16-1635G

State of: New Jersey ) ss.
County of: Somerset )

Name of Server: Charles Deeck, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 8 day of June, 20 16, at 7:10 o'clock P M

Place of Service: at 858 Foxmoor Road, in Vineland, NJ

Documents Served: the undersigned served the documents described as:
Summons; Complaint and Jury Claim; Civil Action Cover Sheet; Interrogatories Propounded by Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann to be Answered Under Oath by Defendant Matthew Levari & Sons LLC; First Request of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, for Production of Documents to Defendant Matthew Levari & Sons, LLC; Interrogatories of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, to be Answered Under Oath by Defendant Matthew Levari; First Request of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, for Production of Documents by Defendant Matthew Levari; Notice to Take Deposition

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Matthew Levari & Sons, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Matthew Levari, owner

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Black; ~~Facial Hair~~ glasses
Approx. Age 30-35; Approx. Height 5'8"; Approx. Weight 160
To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Charles Deeck
Signature of Server
Charles Deeck

Subscribed and sworn to before me this 8 day of June, 20 16

Suzanne Weingartner
Notary Public (Commission Expires)

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018