2

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 16-1635G | Trial Court of Massachusetts The Superior Court |
|---|---|---|

**PLAINTIFF(S):** Barbara Kurmann, PR of the Estate of
**ADDRESS:** Anita Kurmann

Tangentenweg 30 4058 Basel, Switzerland

**COUNTY:** Suffolk

2016 MAY 20 A 11:16

**DEFENDANT(S):** Matthew Levari & Sons, LLC and Matthew Levari

**ATTORNEY:** Ronald E. Gluck, Esq.

**ADDRESS:** Two Center Plaza, Ste. 530, Boston, MA 02108

**ADDRESS:** 858 Foxmoor Drive, Vineland, New Jersey

**BBO:** 195960

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B08 | Wrongful Death G.L. c. 229, s. 2A | A | ☒ YES ☐ NO |

*If "Other" please describe:

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............ $
2. Total doctor expenses ............ $
3. Total chiropractic expenses ............ $
4. Total physical therapy expenses ............ $
5. Total other expenses (describe below) ............ $ 1,245.00

Boston EMS

Subtotal (A): $ 1,245.00

B. Documented lost wages and compensation to date ............ $
C. Documented property damages to dated ............ $
D. Reasonably anticipated future medical and hospital expenses ............ $
E. Reasonably anticipated lost wages ............ $
F. Other documented items of damages (describe below) ............ $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

Plaintiff's decedent, Anita Kurmann, died as a result of her injuries.

TOTAL (A-F): $ 1,245.00

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $ 1,245.00

Signature of Attorney/Pro Se Plaintiff: X Date:

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X [signature] Date: May 18, 2016

I HEREBY ATTEST AND CERTIFY ON June 29, 2016 THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: [signature]
Asst. Clerk

3

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

THE SUPERIOR COURT

No. 16-1635G

Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, Plaintiff(s)

v.

Matthew Levari & Sons, LLC & Matthew Levari, Defendant(s)

2016 JUN 16 PM 12:05
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

## SUMMONS

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

To the above-named Defendant: Matthew Levari

You are hereby summoned and required to serve upon Ronald E. Gluck of Breakstone, White & Gluck plaintiff's attorney, whose address is 2 Center Plaza, Ste 530, Boston, MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire, at Boston, the 27th day of May, in the year of our Lord two thousand sixteen.

Michael Joseph Donovan
Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT —(2) MOTOR VEHICLE TORT —(3) CONTRACT —(4) EQUITABLE RELIEF —(5) OTHER

FORM CIV. P. 1 12M – 1/15

I HEREBY ATTEST AND CERTIFY ON June 29, 2016, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: Margaret M. Sellon
Asst. Clerk

Barbara Kurmann; Anita Kurmann, et. al., Plaintiff(s)
vs.
Matthew Levari & Sons, LLC, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 140821-0001

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Matthew Levari
Court Case No. 16-1635G

BREAKSTONE, WHITE & GLUCK
Ms. Nancy DiCesare
Two Center Plaza, Ste. 530
Boston, MA 02108-1906

State of: New Jersey ) ss.
County of: Somerset )

**Name of Server:** Charles Derck, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of June, 2016, at 7:10 o'clock P M

**Place of Service:** at 858 Foxmoor Road, in Vineland, NJ 08361

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint and Jury Claim; Civil Action Cover Sheet; Interrogatories of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, to be Answered Under Oath by Defendant Matthew Levari; First Request of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, for Production of Documents by Defendant Matthew Levari; Interrogatories Propounded by Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann to be Answered Under Oath by Defendant Matthew Levari & Sons LLC; First Request of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, for Production of Documents to Defendant Matthew Levari & Sons, LLC; Notice to Take Deposition

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Matthew Levari

**Person Served, and Method of Service:**
X By personally delivering them into the hands of the person to be served.
_ By delivering them into the hands of ____________, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Matthew Levari at the place of service, and whose relationship to the person is: ____________

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Black; ~~Facial Hair~~ glasses
Approx. Age 30-35; Approx. Height 5'8"; Approx. Weight 160

_ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Server
Charles Derck

Subscribed and sworn to before me this 8 day of June, 2016

[signature]
Notary Public
(Commission Expires)

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018

4

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

THE SUPERIOR COURT

No. 16-1635G

Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, Plaintiff(s)

v.

Matthew Levari & Sons, LLC and Matthew Levari, Defendant(s)

2016 JUN 16 PM 12:05
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

## SUMMONS

To the above-named Defendant: Matthew Levari & Sons LLC

You are hereby summoned and required to serve upon Ronald E. Gluck, of Breakstone, White & Gluck

plaintiff's attorney, whose address is 2 Center Plaza, Ste 530 Boston, MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire, at Boston, the 27th day of May, in the year of our Lord two thousand sixteen.

Michael Joseph Donovan

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT —(2) MOTOR VEHICLE TORT —(3) CONTRACT —(4) EQUITABLE RELIEF —(5) OTHER

FORM CIV. P. 1 12M – 1/15

I HEREBY ATTEST AND CERTIFY ON June 29, 2016, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: Margaret McSellen
Asst. Clerk

Barbara Kurmann; Anita Kurmann, et. al., Plaintiff(s)
vs.
Matthew Levari & Sons, LLC, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 140821-0002

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Matthew Levari & Sons, LLC
Court Case No. 16-1635G

BREAKSTONE, WHITE & GLUCK
Ms. Nancy DiCesare
Two Center Plaza, Ste. 530
Boston, MA 02108-1906

State of: New Jersey ) ss.
County of: Somerset )

**Name of Server:** Charles Deeck, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3 day of June, 20 16, at 7:10 o'clock P M

**Place of Service:** at 858 Foxmoor Road, in Vineland, NJ

**Documents Served:** the undersigned served the documents described as:
Summons; Complaint and Jury Claim; Civil Action Cover Sheet; Interrogatories Propounded by Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann to be Answered Under Oath by Defendant Matthew Levari & Sons LLC; First Request of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, for Production of Documents to Defendant Matthew Levari & Sons, LLC; Interrogatories of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, to be Answered Under Oath by Defendant Matthew Levari; First Request of Plaintiff Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, for Production of Documents by Defendant Matthew Levari; Notice to Take Deposition

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Matthew Levari & Sons, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Matthew Levari, Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Black; ~~Facial Hair~~ glasses
Approx. Age 30-35; Approx. Height 5'8"; Approx. Weight 160

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Charles Deeck
Signature of Server
Charles Deeck

Subscribed and sworn to before me this 8 day of June, 20 16

Suzanne Weingartner
Notary Public (Commission Expires)

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018

1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

BARBARA KURMANN,
Personal Representative of the Estate of
ANITA KURMANN,
Plaintiff

vs.

MATTHEW LEVARI & SONS LLC,
and MATTHEW LEVARI,
Defendants

16-1635 G

C.A. No.

2016 MAY 20 AM 11:16

## COMPLAINT AND JURY CLAIM

### The Parties

1. Plaintiff Barbara Kurmann resides at Tangentenweg 30 4058 Basel, Switzerland and is the duly-appointed personal representative of the estate of Anita Kurmann.

2. Defendant Matthew Levari & Sons LLC is a limited liability company, with a principal place of business at 858 Foxmoor Drive, Vineland, New Jersey.

3. Defendant, Matthew Levari, is an individual who resides at 858 Foxmoor Drive, Vineland, New Jersey

### The Facts

4. On August 7, 2015, plaintiff's decedent, Anita Kurmann, was struck at or near Massachusetts Avenue and Beacon Street, in Boston, Massachusetts by the truck owned by defendant Matthew Levari & Sons LLC, and operated by defendant, Matthew Levari.

5. The cause of the incident as described herein was the carelessness, negligence and/or gross negligence of defendant, Matthew Levari, in the operation of the vehicle.

6. As a result of the incident described above, plaintiff's decedent, Anita Kurmann, suffered serious bodily injuries resulting in her death.

7. As a result of the incident described above, prior to her death and while she was in a conscious condition, plaintiff's decedent Anita Kurmann was caused to suffer severe physical pain and mental anguish, expenses were incurred for her medical care and attention, and she suffered a loss of earning capacity.

8. At all material times, defendant, Matthew Levari, was a servant, agent and/or employee of defendant, Matthew Levari & Sons LLC, which is vicariously liable for his actions.

## Causes of Action

**(The Causes of Action Specifically Incorporate by Reference All of Those Paragraphs Previously Set Forth)**

### First Cause of Action

9. This is an action by plaintiff Barbara Kurmann against defendant Matthew Levari for negligence for damages suffered by Anita Kurmann prior to her death, including but not limited to conscious pain and suffering, loss of earning capacity and medical expenses.

### Second Cause of Action

10. This is an action by plaintiff Barbara Kurmann against Matthew Levari for negligence resulting in the wrongful death of Anita Kurmann for the use and

benefit of the next of kin of said decedent in accordance with the provisions of G.L. c. 229 as applicable at the times material herein.

**Third Cause of Action**

11. This is an action by plaintiff Barbara Kurmann against Matthew Levari for punitive damages in causing the wrongful death of Anita Kurmann by gross negligence in accordance with the provisions of G.L. c. 229 as applicable at the time material herein.

**Fourth Cause of Action**

12. This is an action by plaintiff, Barbara Kurmann, against defendant, Matthew Levari & Sons, LLC for vicarious liability for the negligence of defendant, Matthew Levari, resulting in the death of Anita Kurmann.

**Fifth Cause of Action**

13. This is an action by plaintiff, Barbara Kurmann, against Matthew Levari & Sons, LLC for vicarious liability for the negligence of defendant, Matthew Levari, resulting in the wrongful death of Anita Kurmann for the use and benefit of the next of kin of said decedent in accordance with the provisions of G.L. c. 229 as applicable at the times material herein.

**Sixth Cause of Action**

14. This is an action by plaintiff, Barbara Kurmann, against Matthew Levari & Sons, LLC vicariously for punitive damages arising from Matthew Levari causing the wrongful death of Anita Kurmann by gross negligence in accordance with the provisions of G.L. c. 229 as applicable at the time material herein.

## Demand for Relief

A. Plaintiff, Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, demands judgment against defendants, Matthew Levari and Matthew Levari & Sons LLC, jointly and severally, in the amount of her damages, together with interest and costs, as permitted by law, as to the First, Second, Third, Fourth, Fifth and Sixth Causes of Action.

## Jury Demand

Plaintiff demands a trial by jury.

By Her Attorneys
BREAKSTONE, WHITE & GLUCK, P.C.

RONALD E. GLUCK, ESQ.
BBO # 195960
Two Center Plaza, Suite 530
Boston, MA 02108-1906
617-723-7676
gluck@bwglaw.com

Dated: May 18, 2016

I HEREBY ATTEST AND CERTIFY ON June 29, 2016 THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: Asst. Clerk

5

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

SUPERIOR COURT
CIVIL ACTION NO: 16-1635G

US Dist # 16-CV-11280

BARBARA KURMANN,
as Personal Representative of the Estate of
ANITA KURMANN,
Plaintiff,

v.

MATTHEW LEVARI & SONS LLC
and MATTHEW LEVARI,
Defendants.

SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE
FILED
JUN 27 2016
MICHAEL JOSEPH DONOVAN
CLERK OF COURT

**NOTICE OF FILING NOTICE OF REMOVAL**

The defendants, Matthew Levari & Sons LLC and Matthew Levari, hereby give notice that on June 24, 2016, they served and filed a Notice of Removal with the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1441(b). A copy of the Defendants' Notice of Removal is attached hereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of this Notice of Filing of Notice of Removal removes this action to the Federal Court, and this Court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

The Defendants,
MATTHEW LEVARI & SONS LLC and
MATTHEW LEVARI,
By their attorneys,
MORRISON MAHONEY LLP

I HEREBY ATTEST AND CERTIFY ON June 29, 2016, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: ______________
Asst. Clerk

John P. Knight, BBO No.: 631052
Philip M. Hirshberg, BBO No.: 567234
George R. White BBO No.: 645752
250 Summer Street
Boston, MA 02210
(617) 439-7500
jknight@morrisonmahoney.com
phirshberg@morrisonmahoney.com
grwhite@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I, Philip M. Hirshberg, attorney for the defendants, Matthew Levari & Sons LLC and Matthew Levari, hereby certify that I have this day served the foregoing NOTICE OF FILING NOTICE OF REMOVAL to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Ronald E. Gluck, Esquire
Breakstone, White & Gluck, P.C.
Two Center Plaza, Suite 530
Boston, Massachusetts 02108

Dated: 6/24/16

Attorney: ______________
Philip M. Hirshberg



1445115v.1

I hereby certify on 6/27/16 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 6/24/16
☐ original filed in my office on ______
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By: ______
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

BARBARA KURMANN,
as Personal Representative of the Estate of
ANITA KURMANN,
Plaintiff,

v.

MATTHEW LEVARI & SONS LLC
and MATTHEW LEVARI,
Defendants.

**NOTICE OF REMOVAL OF THE DEFENDANTS, MATTHEW LEVARI & SONS LLC AND MATTHEW LEVARI**

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

To: Judges of the United States District Court for the District of Massachusetts:

The defendants, Matthew Levari & Sons LLC and Matthew Levari, by their undersigned attorneys, hereby gives notice of their removal of this action, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, to the United States District Court for the District of Massachusetts. As grounds for removal, Defendants state as follows:

**NATURE OF THE ACTION**

1. The plaintiff, Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann, filed the initial complaint in this action on May 20, 2016 in the Superior Court for the Commonwealth of Massachusetts, Suffolk County. A copy of the Complaint is attached as Exhibit 1.

2. Defendant Matthew Levari & Sons LLC was served with the Summons and Complaint on June 3, 2016. A copy of the Summons with return of service for defendant Matthew Levari & Sons LLC is attached as Exhibit 2.

3. Defendant Matthew Levari was served with the Summons and Complaint on June 3, 2016. A copy of the Summons with return of service for defendant Matthew Levari is attached

as Exhibit 3.

4. As alleged in the Complaint, Plaintiff asserts claims against defendant Matthew Levari for Negligence (Complaint, First Cause of Action), Wrongful Death (*Id.*, Second Cause of Action), and Gross Negligence (*Id.*, Third Cause of Action).

5. As alleged in the Complaint, Plaintiff asserts claims against defendant Matthew Levari & Sons, LLC for Vicarious Liability for the Negligence of Matthew Levari (Complaint, Fourth Cause of Action), Wrongful Death (*Id.*, Fifth Cause of Action), and Vicarious Liability for the Gross Negligence of Matthew Levari (*Id.*, Sixth Cause of Action).

## AMOUNT IN CONTROVERSY

6. It is apparent from the face of the Complaint that the amount in controversy, exclusive of interest and costs, in this action presently exceeds $75,000, where Plaintiff's causes of action are for wrongful death and where any potential recovery by the Plaintiff would likely exceed $75,000.[1]

## PARTIES AND DIVERSITY OF CITIZENSHIP

7. As alleged in the Complaint, at the time this action was filed and at all times since, Plaintiff was and is a resident of the country of Switzerland. (*Id.*, ¶ 1)

8. As alleged in the Complaint, at the time this lawsuit was filed and at all times since, defendant Matthew Levari was and is a resident of the state of New Jersey. (*Id.*, ¶ 3)

9. As alleged in the Complaint, at the time this action was filed and at all times since, defendant Matthew Levari & Sons LLC was and is a limited liability corporation with its principal place of business in the state of New Jersey. (*Id.*, ¶ 2) The sole member of Matthew Levari & Sons LLC is Matthew Levari, who is a resident of the state of New Jersey. See New Jersey Business Gateway Status Report for Matthew Levari & Sons LLC, a copy of which is attached as Exhibit 4.

10. Accordingly, there exists complete diversity of citizenship between Plaintiff and

[1] Defendants do not concede that the Plaintiff would be entitled to any of the relief sought in the Complaint.



1445114v.1

Defendants pursuant to 28 U.S.C. § 1332.

**REMOVAL PROCEDURES**

11. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within 30 days of first service on Defendants of the Plaintiff's Complaint.

12. Pursuant to Local Rule 81.1(a), Defendants shall request of the Clerk of the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in and for the County of Suffolk certified or attested copies of all records, proceedings and docket entries therein and shall file same with the Court within twenty-eight (28) days after filing this Notice of Removal.

13. A copy of this Notice of Removal is being filed with the clerk of the Superior Court for the Commonwealth of Massachusetts, Suffolk County, as provided by law. Written notice of removal is also being given to Plaintiff.

14. Defendants reserve the right to amend or supplement this Notice of Removal.

15. If any question arises as to the propriety of the removal of this action, Defendants request the opportunity to present a brief and request oral argument in support of removal.

The Defendants,
MATTHEW LEVARI & SONS LLC and
MATTHEW LEVARI,
By their attorneys,

MORRISON MAHONEY LLP

*/s/ Philip M. Hirshberg*

John P. Knight, BBO No.: 631052
Philip M. Hirshberg, BBO No.: 567234
George R. White BBO No.: 645752
250 Summer Street
Boston, MA 02210
(617) 439-7500
jknight@morrisonmahoney.com
phirshberg@morrisonmahoney.com
grwhite@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I, Philip M. Hirshberg, attorney for the defendants, Matthew Levari & Sons LLC and Matthew Levari, hereby certify that I have this day served the foregoing NOTICE OF REMOVAL to counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Ronald E. Gluck, Esquire
Breakstone, White & Gluck, P.C.
Two Center Plaza, Suite 530
Boston, Massachusetts 02108

*/s/ Philip M. Hirshberg*

Philip M. Hirshberg

Dated: June 24, 2016



1445114v.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Barbara Kurmann, Personal Representative of the Estate of Anita Kurmann v. Matthew Levari & Sons LLC

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I. 410, 441, 470, 535, 830*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II. 110, 130, 140, 160, 190, 196, 230, 240, 290,320,362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720, 740, 790, 820*, 840*, 850, 870, 871.

   ☑ III. 120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 376, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 625, 690, 751, 791, 861-865, 890, 896, 899, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐ NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐ NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐ NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐ NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐ NO ☑

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐ Central Division ☐ Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐ Central Division ☐ Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐ NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Philip M. Hirshberg
ADDRESS Morrison Mahoney LLP, 250 Summer St., Boston, MA 02210
TELEPHONE NO. 617-439-7500

(CategoryForm3-2016.wpd )

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

(b) County of Residence of First Listed Plaintiff Switzerland (country)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Ronald E. Gluck, Esq., Breakstone, White & Gluck, P.C., Two Center Plaza, Suite 530, Boston, MA 02108-1906, 617-723-7676

**DEFENDANTS**

County of Residence of First Listed Defendant Cumberland, N.J.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
John P. Knight, Esq., Philip M. Hirshberg, Esq., and George R. White, Esq., Morrison Mahoney LLP, 250 Summer St., Boston, MA 02210, 617-439-7500

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. sec. 1332, 1441 & 1446

Brief description of cause:
Negligence, Gross Negligence, Wrongful Death, and Vicarious Liability.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE
06/23/2016

SIGNATURE OF ATTORNEY OF RECORD
[signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# New Jersey Business Gateway
## Business Entity Information and Records Service
## Business Id : 0400498372

| | |
|---|---|
| Status Report For: | MATTHEW LEVARI & SONS LLC |
| Report Date: | 6/24/2016 |
| Confirmation Number: | 6176907828 |

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

| | |
|---|---|
| Business ID Number: | 0400498372 |
| Business Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| Status: | ACTIVE |
| Original Filing Date: | 06/07/2012 |
| Stock Amount: | N/A |
| Home Jurisdiction: | NJ |
| Status Change Date: | NOT APPLICABLE |

**REVOCATION/SUSPENSION INFORMATION**

| | |
|---|---|
| DOR Suspension Start Date: | N/A |
| DOR Suspension End Date: | N/A |
| Tax Suspension Start Date: | N/A |
| Tax Suspension End Date: | N/A |

**ANNUAL REPORT INFORMATION**

| | |
|---|---|
| Annual Report Month: | JUNE |
| Last Annual Report Filed: | 05/23/2016 |
| Year: | 2016 |

**AGENT/SERVICE OF PROCESS (SOP) INFORMATION**

| | |
|---|---|
| Agent: | JAMES PREZIOSI |
| Agent/SOP Address: | 1101 WHEATON AVE STE 100 ,MILLVILLE,NJ,08332 |
| Address Status: | DELIVERABLE |
| Main Business Address: | 858 FOXMOOR DR, VINELAND, NJ, 08361 |
| Principal Business Address: | N/A |

**ASSOCIATED NAMES**

| | |
|---|---|
| Associated Name: | N/A |
| Type: | N/A |

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0400498372

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | OTHER |
| Name: | MATTHEW J LEVARI, |
| Address: | 858 FOXMOOR DR, VINELAND, NJ, 08361 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate) Date: | 2012 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| N/A | N/A |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0400498372

periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Docket Report**

**1684CV01635**
**Barbara Kurmann Personal Representative for the Estate of Anita Kurman vs . Matthew Levari & Sons LLC et al**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Torts | **FILE DATE:** | 05/20/2016 |
| **ACTION CODE:** | B08 | **CASE TRACK:** | A - Average |
| **DESCRIPTION:** | Wrongful Death, G.L.c.229, §2A | | |
| **CASE DISPOSITION DATE** | 06/29/2016 | **CASE STATUS :** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE :** | 06/29/2016 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil G |

**LINKED CASE**

**PARTIES**

| | |
|---|---|
| **Plaintiff**<br>Barbara Kurmann Personal Representative for the Estate of Anita Kurman | **195960**<br>Gluck, Ronald Eric<br>Breakstone, White & Gluck, PC<br>Breakstone, White & Gluck, PC<br>2 Center Plaza<br>Suite 530<br>Boston, MA 02108<br>Work Phone (617) 723-7676<br>Added Date: 05/20/2016 |
| **Defendant**<br>Levari, Matthew | **645752**<br>White, George Richard<br>Morrison Mahoney LLP<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>Work Phone (617) 439-7500<br>Added Date: 06/27/2016<br><br>**567234**<br>Hirshberg, Philip Matthew<br>Morrison Mahoney LLP<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>Work Phone (617) 439-7500<br>Added Date: 06/27/2016<br><br>**631052**<br>Knight, John Patrick<br>Morrison Mahoney LLP<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>Work Phone (617) 737-8891<br>Added Date: 06/27/2016 |

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Docket Report**

| **Defendant** | **645752** |
|---|---|
| Matthew Levari & Sons LLC | White, George Richard<br>Morrison Mahoney LLP<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>Work Phone (617) 439-7500<br>Added Date: 06/27/2016 |
| | **567234**<br>Hirshberg, Philip Matthew<br>Morrison Mahoney LLP<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>Work Phone (617) 439-7500<br>Added Date: 06/27/2016 |
| | **631052**<br>Knight, John Patrick<br>Morrison Mahoney LLP<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>Work Phone (617) 737-8891<br>Added Date: 06/27/2016 |

**FINANCIAL DETAILS**

| Date | Fees/Fines/Costs | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| 05/20/2016 | Civil Filing Fee (per Plaintiff) Receipt: 4239 Date: 05/23/2016 | 240.00 | 240.00 | 0.00 | 0.00 |
| 05/20/2016 | Civil Security Fee (G.L. c. 262, § 4A) Receipt: 4239 Date: 05/23/2016 | 20.00 | 20.00 | 0.00 | 0.00 |
| 05/20/2016 | Civil Surcharge (G.L. c. 262, § 4C) Receipt: 4239 Date: 05/23/2016 | 15.00 | 15.00 | 0.00 | 0.00 |
| 05/23/2016 | Fee for Blank Summons or Writ (except Writ of Habeas Corpus) MGL 262 sec 4b Receipt: 4239 Date: 05/23/2016 | 10.00 | 10.00 | 0.00 | 0.00 |
| | **Total** | **285.00** | **285.00** | **0.00** | **0.00** |

| Deposit Account(s) Summary | Received | Applied | Checks Paid | Balance |
|---|---|---|---|---|
| **Total** | | | | |

CRTR2709-CR

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK COUNTY CIVIL
Docket Report

**INFORMATIONAL DOCKET ENTRIES**

| Date | Ref | Description | Judge |
|---|---|---|---|
| 05/20/2016 | | Case assigned to:<br>DCM Track A - Average was added on 05/20/2016 | |
| 05/20/2016 | | Attorney appearance<br>On this date Ronald Eric Gluck, Esq. added for Plaintiff Barbara Kurmann | |
| 05/20/2016 | 1 | Original civil complaint filed. | |
| 05/20/2016 | 2 | Civil action cover sheet filed. | |
| 05/20/2016 | | Demand for jury trial entered. | |
| 06/16/2016 | 3 | Service Returned for<br>Defendant Levari, Matthew: Service made in hand; | |
| 06/16/2016 | 4 | Service Returned for<br>Defendant Matthew Levari & Sons LLC: Service through person in charge / agent; | |
| 06/27/2016 | | Attorney appearance<br>On this date John Patrick Knight, Esq. added for Defendant Matthew Levari & Sons LLC | |
| 06/27/2016 | | Attorney appearance<br>On this date Philip Matthew Hirshberg, Esq. added for Defendant Matthew Levari & Sons LLC | |
| 06/27/2016 | | Attorney appearance<br>On this date George Richard White, Jr., Esq. added for Defendant Matthew Levari & Sons LLC | |
| 06/27/2016 | | Attorney appearance<br>On this date John Patrick Knight, Esq. added for Defendant Matthew Levari | |
| 06/27/2016 | | Attorney appearance<br>On this date Philip Matthew Hirshberg, Esq. added for Defendant Matthew Levari | |
| 06/27/2016 | | Attorney appearance<br>On this date George Richard White, Jr., Esq. added for Defendant Matthew Levari | |
| 06/27/2016 | 5 | Notice of Removal to the United States District Court filed by<br><br>Defendants (US Dist # 16-cv-11280)<br><br>Applies To: Matthew Levari & Sons LLC (Defendant); Levari, Matthew (Defendant) | |
| 06/29/2016 | | REMOVED to the U.S. District Court<br>of Massachusetts | |
| 06/29/2016 | | Case transferred to another court. | |



I HEREBY ATTEST AND CERTIFY ON
June 29, 2016, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY Margaret M. Sellon
Asst. Clerk