UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:16-CV-11280-FDS

BARBARA KURMANN,
as Personal Representative of the Estate of
ANITA KURMANN,
Plaintiff,

v.

MATTHEW LEVARI & SONS LLC
and MATTHEW LEVARI,
Defendants.

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3 OF DEFENDANT MATTHEW LEVARI & SONS LLC**

Now comes the defendant, Matthew Levari & Sons, LLC, and, pursuant to Local Rule 7.3(a), hereby identifies any parent corporation and any publicly held company that owns 10% or more of the party's stock:

None.

Matthew Levari & Sons LLC ,
By its attorneys,

/s/ *Philip M. Hirshberg*

Philip M. Hirshberg, BBO #567234
John P. Knight, BBO#631052
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500
phirshberg@morrisonmahoney.com
jknight@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 29, 2016.

*/s/ Philip M. Hirshberg*

Philip M. Hirshberg, BBO #567234

1449568v.1