UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara Kurmann, <br><br> Plaintiff, <br><br> v. <br><br> Matthew Levari & Sons LLC et al <br><br> Defendant. | Civil Action No. 1:16-cv-11280-FDS |

SETTLEMENT ORDER OF DISMISSAL

SAYLOR, J.

The Court having been advised by the parties report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

IT IS SO ORDERED.

/s/ F. Dennis Saylor
United States District Judge

06/13/2017